NUMBER
13-11-00069-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

RAMON DONATO GARCIA,                                                        Appellant,

 

                                                             v.

 

PRISCILLA ZAVALA,                                                                     Appellee.


____________________________________________________________

 

                           On
appeal from the 444th District Court 

                                      of
Cameron County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

             Before
Chief Justice Valdez and Justices Rodriguez and Garza

Memorandum Opinion
Per Curiam

 








Appellant,
Ramon Donato Garcia, filed an appeal from a judgment rendered against him in
favor of appellee, Priscilla Zavala.  On May 25, 2011, the Clerk of this Court
notified appellant that the clerk's record in the above cause was originally
due on March 15, 2011, and that the deputy district clerk, Freddy Cardoza, had
notified this Court that appellant failed to make arrangements for payment of
the clerk's record.  The Clerk of this Court notified appellant of this defect
so that steps could be taken to correct the defect, if it could be done.  See
Tex. R. App. P. 37.3, 42.3(b), (c).  
Appellant was advised that, if the defect was not corrected within ten days
from the date of receipt of this notice, the appeal would be dismissed for want
of prosecution. 

On
May 5, 2011, the Clerk of the Court notified appellant that he was delinquent
in remitting a $175.00 filing fee.  The Clerk of this Court notified appellant
that the appeal was subject to dismissal if the filing fee was not paid within
ten days from the date of receipt of this letter.  See id.
42.3(b), (c). 

Appellant
has failed to respond to this Court=s notices and has failed to pay the
filing fee.  Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.  See
Tex. R. App. P. 42.3(b), (c). 

 

PER CURIAM

Delivered and filed the

28th day of July, 2011.